IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KESHA TERRY, et al., § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | 3:11-CV-0660-K (BK) | |
| § | | |
| ROSEMARY INOCENCIO, et al., § | | |
| Defendants. § | | |

**ORDER**

Pursuant to the provisions of 28 U.S.C. § 636(b) and Special Order 3, this case was automatically referred for pretrial management.

On May 20, 2011, the Magistrate Judge filed findings and conclusions recommending that Plaintiff's claims be dismissed with prejudice as frivolous, and that Plaintiff's children's claims be dismissed without prejudice. On June 2, 2011, Plaintiff filed objections alleging for the first time that she filed an administrative complaint under the Fair Housing Act with the U.S. Department of Housing and Urban Development (HUD).

IT IS THEREFORE ORDERED that the findings, conclusions and recommendation (Doc. 9) is VACATED.

SIGNED June 7, 2011.

_____
RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE