IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KESHA TERRY, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 3:11-CV-00660-K |
| | § | |
| ROSEMARY INOCENCIO, et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

The Court **DENIES** Plaintiff's motion to appoint counsel on behalf of her children (Doc. 8).

Finally, this case is hereby re-referred to U.S. Magistrate Judge Renee Harris Toliver for pretrial management.

SO ORDERED.

Signed this 27th day of September, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE