IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KESHA TERRY, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil No. 3:11-CV-660-K-BK |
| ROSEMARY INOCENCIO, et al., § | |
| § | |
| Defendants. § | |
| § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Therefore, Defendants' *Motion to Dismiss for Plaintiff's Failure to State a Claim* (Doc. 32) is **DENIED** and Plaintiff's *Unopposed Motion for Leave to Amend Original Complaint* (Doc. 77) is **GRANTED**.

Plaintiff shall file her First Amended Complaint within 3 days from the date of this order.

SO ORDERED

Signed November 21st, 2013.

Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE